AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

UNITED STATES OF AMERICA
v.

RYAN MCGINNIS

**WARRANT FOR ARREST**

Case Number: 12-10048-NMG

13-8206-WM

FILED by ___ D.C.
APR 17 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____RYAN MCGINNIS_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

Conspiracy to possess with intent to distribute and to distribute Oxycodone, a Schedule II controlled substance

in violation of Title **21** United States Code, Section(s) **846, 841(a)(1)**

Hon. Marianne B. Bowler
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

April 4, 2013
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 12-10048-NMG |
| | ) |
| v. | ) Violations: |
| | ) |
| 1. STEVEN D. KOSTENBLATT, <br>    a/k/a "Steven Parker," <br>    a/k/a "Steven Ricker," <br>    a/k/a "Reds," <br>    a/k/a "Red," | ) 21 U.S.C. § 846 - <br> ) Conspiracy to Possess with Intent to <br> ) Distribute and to Distribute <br> ) Oxycodone <br> ) |
| 2. MICHAEL CHENOY, <br>    a/k/a "Mike," <br>    a/k/a "Big Mike," | ) 21 U.S.C. § 841(a)(1) - Possession with <br> ) Intent to Distribute and Distribution <br> ) of Oxycodone |
| 3. MICHAEL WILSON, <br>    a/k/a "Mike," <br>    a/k/a "Little Mike," | ) <br> ) 21 U.S.C. § 853 - <br> ) Criminal Forfeiture |
| 4. JONATHAN JOSEPH DELEEUW, <br>    a/k/a "Jon," a/k/a "Johnny D," | ) <br> ) |
| 5. RYAN MCGINNIS, and | ) |
| 6. SIMEON SCHWARTZ, | ) |
| | ) |
| Defendants. | |

### SECOND SUPERSEDING INDICTMENT

**COUNT ONE:**    (Title 21, United States Code, Section 846 – Conspiracy to Possess With Intent to Distribute and to Distribute Oxycodone)

The Grand Jury charges that:

From a time unknown, but from no later than in or about March 2009, and continuing to at least in or about August 2010, at Quincy, Boston, Rockland, and elsewhere in the District of Massachusetts, and elsewhere,

1. STEVEN D. KOSTENBLATT,
    a/k/a "Steven Parker,"
    a/k/a "Steven Ricker,"
    a/k/a "Reds,"
    a/k/a "Red,"
2. MICHAEL CHENOY,
    a/k/a "Mike,"
    a/k/a "Big Mike,"
3. MICHAEL WILSON,
    a/k/a "Mike,"
    a/k/a "Little Mike,"
4. JONATHAN JOSEPH DELEEUW,
    a/k/a "Jon," a/k/a "Johnny D,"
5. RYAN MCGINNIS, and
6. SIMEON SCHWARTZ,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree, with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:** Title 21, United States Code, Section 841(a)(1) – Possession with Intent to Distribute and Distribution of Oxycodone)

The Grand Jury charges that:

On or about May 7, 2010, at Quincy, and elsewhere in the District of Massachusetts,

> 1. **STEVEN D. KOSTENBLATT,**
> a/k/a "Steven Parker,"
> a/k/a "Steven Ricker,"
> a/k/a "Reds,"
> a/k/a "Red,"

defendant herein, did knowingly and intentionally possess with intent to distribute and did distribute Oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

3

**COUNT THREE:** (Title 21, United States Code, Section 841(a)(1) – Possession with Intent to Distribute and Distribution of Oxycodone)

The Grand Jury further charges that:

On or about June 9, 2010, at Quincy, and elsewhere in the District of Massachusetts,

**STEVEN D. KOSTENBLATT,**
a/k/a "Steven Parker,"
a/k/a "Steven Ricker,"
a/k/a "Reds,"
a/k/a "Red,"

defendant herein, did knowingly and intentionally possess with intent to distribute and did distribute Oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

4

## CRIMINAL FORFEITURE ALLEGATION:
### (Title 21, United States Code, Section 853)

The Grand Jury further alleges that:

1.  Upon conviction of one or more of the offenses charged in Counts One, Two, and Three of this Indictment,

> 1. **STEVEN D. KOSTENBLATT,**
>    a/k/a "Steven Parker,"
>    a/k/a "Steven Ricker,"
>    a/k/a "Reds,"
>    a/k/a "Red,"
> 2. **MICHAEL CHENOY,**
>    a/k/a "Mike,"
>    a/k/a "Big Mike,"
> 3. **MICHAEL WILSON,**
>    a/k/a "Mike,"
>    a/k/a "Little Mike,"
> 4. **JONATHAN JOSEPH DELEEUW,**
>    a/k/a "Jon," a/k/a "Johnny D,"
> 5. **RYAN MCGINNIS,** and
> 6. **SIMEON SCHWARTZ,**

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offense; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2.  If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant,

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or

5

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

  All in violation of Title 21, United States Code, Section 853.

              A TRUE BILL

              FOREPERSON OF THE GRAND JURY

JAMES E. ARNOLD
Assistant U.S. Attorney

  DISTRICT OF MASSACHUSETTS; April 4, 2013.

  Returned into the District Court by the Grand Jurors and filed.

              DEPUTY CLERK

              4/4/13 @ 2:07pm